1  Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile  (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorney for Plaintiff
6  Nona Harris

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 NONA HARRIS,                          ) No.  1:15-cv-00294-SAB
                                         )
12           Plaintiff,                  ) STIPULATION GRANTING PLAINTIFF
                                         ) LEAVE TO FILE FIRST AMENDED
13     vs.                               ) COMPLAINT;  ORDER
                                         )
14 NATIONAL STORES, INC. dba FALLAS      )
   PAREDES, et al.,                      )
15                                       )
             Defendants.                 )
16                                       )
                                         )
17                                       )

18

19     **IT IS HEREBY STIPULATED** by and between Plaintiff, Nona Harris ("Plaintiff"),

20 and Defendants, National Stores, Inc. dba Fallas Paredes and Force-Fulton Mall, LLC

21 (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto,

22 through their respective attorneys of record, that Plaintiff may file a First Amended Complaint,

23 a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or

24 deadline fixed by the Court's Scheduling Order dated June 11, 2015 (Dkt. 18) pursuant to Fed.

25 R. Civ. P. 16(b)(4), and is not prejudicial to Defendants, the product of undue delay, proposed

26 in bad faith, or futile.

27     **IT IS FURTHER STIPULATED** that Plaintiff will file her First Amended Complaint

28 within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'

response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated:  July 9, 2015               MOORE LAW FIRM, P.C.


                                   /s/ Tanya E. Moore
                                   Tanya E. Moore
                                   Attorney for Plaintiff,
                                   Nona Harris

Dated:  July 9, 2015               ROXBOROUGH, POMERANCE,
                                   NYE & ADREANI LLP


                                   /s/ Daron Barsamian
                                   Michael B. Adreani
                                   Daron Barsamian
                                   Attorneys for Defendants,
                                   National Stores, Inc. dba Fallas Paredes;
                                   Force-Fulton Mall, LLC

### ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file her First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated:  **July 12, 2015**

                                   UNITED STATES MAGISTRATE JUDGE