Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff
Nona Harris

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NONA HARRIS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NATIONAL STORES, INC. dba FALLAS PAREDES, et al.,<br><br>　　　　Defendants. | No. 1:15-cv-00294-SAB<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; ORDER** |

WHEREAS, the Court set a settlement conference in this matter for Tuesday, September 1, 2015;

WHEREAS, counsel for Plaintiff, Nona Harris ("Plaintiff"), is unable to appear due to a required personal appearance in Los Angeles for a Final Pretrial Conference in a separate matter;

WHEREAS, the Parties agree that since counsel for Plaintiff is unable to attend the settlement conference on September 1, 2015, and in order to afford the parties an opportunity to explore settlement on their own prior to utilizing valuable Court resources and incurring significant fees and costs, a continuation of the settlement conference is warranted;

NOW, THEREFORE, Plaintiff and Defendants National Stores, Inc. dba Fallas Paredes, and Force-Fulton Mall, LLC, through their respective attorneys of record, hereby

agree to continue the settlement conference currently set in this matter for September 1, 2015 to September 4, 2015, a date which has already been confirmed by Judge McAuliffe's clerk as available.

Dated: July 20, 2015                                   MOORE LAW FIRM, P.C.

                                                       */s/ Tanya E. Moore*
                                                       Tanya E. Moore
                                                       Attorney for Plaintiff,
                                                       Nona Harris

Dated: July 20, 2015                                   ROXBOROUGH, POMERANCE,
                                                       NYE & ADREANI LLP


                                                       */s/ Daron Barsamian*
                                                       Daron Barsamian
                                                       Attorneys for Defendants,
                                                       National Stores, Inc. dba Fallas Paredes;
                                                       Force-Fulton Mall, LLC

I attest that the signature of the person whose electronic signature is shown above is maintained by me, and that their concurrence in the filing of this document and attribution of their signature was obtained.

                                                       */s/ Tanya E. Moore*
                                                       Tanya E. Moore
                                                       Attorney for Plaintiff,
                                                       Nona Harris

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the settlement conference currently scheduled for September 1, 2015 is hereby continued to September 4, 2015 at 10:00 a.m. before Magistrate Judge McAuliffe in Courtroom 8. Confidential settlement conference statements are to be submitted to Judge McAuliffe within seven (7) days of the settlement conference, and are not to be filed with the Court or served on any party.

IT IS SO ORDERED.

Dated:   **July 24, 2015**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE