Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff,
Nona Harris

Michael B. Adreani, Esq. (SBN 194991)
mba@rpnalaw.com
Daron Barsamian, Esq. (SBN 231016)
dab@rpnalaw.com
**ROXBOROUGH, POMERANCE,
   NYE & ADREANI LLP**
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Telephone: (818) 992-9999
Facsimile: (818) 992-9991

Attorneys for Defendant,
NATIONAL STORES, INC., dba FALLAS PAREDES;
FORCE-FULTON MALL, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NONA HARRIS,<br><br>           Plaintiff,<br><br>      vs.<br><br>NATIONAL STORES, INC., dba FALLAS PAREDES, et al.<br><br>           Defendants. | No. 1:15-cv-00294-SAB<br><br>**STIPULATION TO AMEND SCHEDULING ORDER; ORDER** |

Plaintiff, Nona Harris ("Plaintiff"), and Defendant, National Stores, Inc. ("Defendant," and together with Plaintiff, "the Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1. On June 11, 2015, this Court issued the Scheduling Order in this matter, which order set the deadline to complete fact discovery as May 2, 2016, and the date for expert disclosures as May 16, 2016.  (Doc. 18.)

2. The Parties are currently engaged in meaningful settlement discussions, and are cautiously optimistic that a settlement of Plaintiff's claims may be reached.  However, due to the discovery cut-off and counsel's schedules, depositions are scheduled to take place on April 18 and 19. If a settlement cannot be reached, such depositions will be necessary, but the Parties wish to first fully exhaust their settlement efforts before incurring additional fees and costs, which fees and costs will burden the likelihood of settlement.

3. Accordingly, the Parties wish to continue the depositions until early June 2016 and use the intervening time to exhaust, and if appropriate consummate, settlement.

4. Therefore, the Parties stipulate to continuing the fact discovery cut-off and expert disclosure dates as follows, subject to Court approval:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cut-off | May 2, 2016 | June 6, 2016 |
| Expert Disclosures | May 16, 2016 | June 27, 2016 |

No other dates identified in the Scheduling Order shall be modified.

**IT IS SO STIPULATED.**

Dated: April 1, 2016                           MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff, Nona Harris

ROXBOROUGH, POMERANCE,
NYE & ADREANI LLP


*/s/ Daron Barsamian*
Michael B. Adreani
Daron Barsamian
Attorneys for Defendants,
National Stores, Inc. dba Fallas Paredes;
Force-Fulton Mall, LLC

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for the completion of fact discovery is continued to June 6, 2016, and the deadline for expert disclosures is continued to June 27, 2016. All other dates and deadlines set forth in the Court's Scheduling Order (Doc. 18) remain unchanged.

IT IS SO ORDERED.

Dated:   **April 2, 2016**

UNITED STATES MAGISTRATE JUDGE