1

2

3

4

5

6

7

8

9              **UNITED STATES DISTRICT COURT**

10            **EASTERN DISTRICT OF CALIFORNIA**

11

12   NONA HARRIS,                          Case No.    1:15-cv-00294-SAB

13            Plaintiff,                    **ORDER DISMISSING ACTION PURSUANT**
                                           **TO FEDERAL RULE OF CIVIL**
14            vs.                          **PROCEDURE 41(a)(1)(A)(ii)**

15   NATIONAL STORES, INC., et al.,

16            Defendants.

17

18        On August 23, 2016, Plaintiff filed a stipulation to dismiss this action with prejudice as the

19   parties have reached a settlement.  Based upon the stipulation of the parties, this action is dismissed

20   with prejudice in its entirety.  Each party shall bear its own costs and attorney fees incurred in this

21   action.

22

23   IT IS SO ORDERED.

24   Dated:   __August 24, 2016__          _____
                                           UNITED STATES MAGISTRATE JUDGE
25

26

27

28